UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROSALINA AYUYU DALAL, ET AL.** | : | **DOCKET NO. 20-cv-0144** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **UNITED SPECIALTY INS. CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 31] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand is **DENIED** and that all claims against Eugene V. Bargeman are **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers this 1st day of December, 2020.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**