UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ROSALINA AYUYU DALAL**                          **CASE NO.  2:20-CV-00144**

**VERSUS**                                        **JUDGE JAMES D. CAIN, JR.**

**UNITED SPECIALTY INSURANCE CO ET AL**           **MAGISTRATE JUDGE KAY**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment (Doc. 44) filed by Marisa Kay Morrill, Daniel Braunstein, David Braunstein, Donald Braunstein, Michael Cruz and Christopher T. Lewis, is hereby granted in Plaintiffs' favor as to the following: Defendant Porter is solely at fault in the collision; Defendant Porter was within the course and scope of his employment; the policy issued by United Specialty provides coverage for $1,000,000.00 dollars including legal interest and court costs; and at the time of the collision, Mrs. Rosalina Ayuyu Dalal was insured for automobile liability by the Nationwide Property and Casualty Company.

However, as noted by the Stipulation, because Defendants dispute any connection between Plaintiff's alleged injuries and the incident, Plaintiffs bear the burden at trial to prove that their alleged injuries were caused by the collision.

**THUS DONE AND SIGNED** in Chambers on this 17th day of September, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE