UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ROSALINA AYUYU DALAL, ET AL | CASE NO. 2:20-CV-00144 |
| VERSUS | JUDGE CAIN |
| UNITED SPECIALITY INS. CO., ET AL | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JUDGMENT OF DISMISSAL**

NOW INTO COURT come plaintiffs, Rosalina Ayuyu Dalal and Christopher Lewis, who wish defendants, William J. Porter, II, Rose Land Development, L.L.C. and United Specialty Insurance Company to be dismissed without prejudice as plaintiffs' have reached settlement with all defendants.

IT IS ORDERED, ADJUDGED, AND DECREED that all Plaintiffs' claims in the above numbered and entitled proceedings against William J. Porter, II, Rose Land Development, L.L.C. and United Specialty Insurance Company be and they are hereby dismissed without prejudice.

THUS DONE AND SIGNED in Chambers this 17th day of March, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE